### IN THE UNITED STATES DISTRICT COURT FOR
### THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Weixing Zeng<br><br>*Plaintiff,*<br><br>v.<br><br><br>Partnerships and Unincorporated Associations<br>Identified on Schedule A<br><br>*Defendants*. | **Case No.**<br><br>**Proposed Order** |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION

### FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL

This matter comes before the Court on Plaintiff's Motion for Leave to File Certain Documents Under Seal. The Court, having reviewed the Motion and the supporting record, and being fully advised in the premises, hereby finds that good cause exists to grant the requested relief.

The Court finds that Plaintiff seeks narrowly tailored sealing of limited materials, including Schedule A and certain supporting exhibits and declarations that contain sensitive identifying and investigative information concerning Defendants' online storefronts, financial accounts, and alleged infringing activities.

The Court further finds that public disclosure of such information at this stage of the proceedings would create a substantial risk of irreparable harm by providing Defendants with advance notice of this action, thereby enabling them to evade enforcement efforts, dissipate assets, destroy evidence, or otherwise frustrate the Court's ability to grant effective relief.

The Court also finds that Plaintiff's request is limited in scope and duration and represents the least restrictive means of protecting Plaintiff's interests while preserving the public's right of access to judicial proceedings.

Accordingly, for good cause shown, IT IS HEREBY ORDERED:

1. Plaintiff's Motion for Leave to File Certain Documents Under Seal is GRANTED.

2. Plaintiff is authorized to file under seal Schedule A to the Complaint, as well as those portions of the record, including exhibits and declarations, that disclose Defendant-identifying information and related investigative materials.

3. The Clerk of the Court is directed to maintain such materials under seal and not to make them publicly accessible at this time.

4. The materials filed under seal shall remain sealed until the Court rules on Plaintiff's Motion for Temporary Restraining Order and such order is executed, or until further order of the Court.

5. Upon execution of any Temporary Restraining Order, Plaintiff may move to unseal all or part of the sealed materials, or the Court may sua sponte determine whether continued sealing is warranted.

**Dated:** _____


_____
United States District Judge